UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

WILLIAM B. COLEMAN COMPANY, INC.,

                Plaintiff,

  -against-                               No. 22-cv-06133 (RA)

MT. HAWLEY INSURANCE COMPANY        **JOINT LETTER REQUESTING ADJOURNMENT OF INITIAL STATUS CONFERENCE**

                <u>Defendant.</u>

Dear Judge Abrams:

Pursuant to Rule 1.D. of Your Honor's Individual Rules & Practice in Civil Cases, the Parties hereby submit this joint letter requesting a brief adjournment of the Initial Conference set by Your Honor's July 25, 2022 Order. Neither counsel for Plaintiff nor counsel for Defendant received notice of the Court's July 25, 2022 Order, and neither Party was aware that the September 9, 2022 Initial Status Conference had been set by the Court until receiving an email on September 6, 2022 from Your Honor's Chambers. The Parties therefore request a brief adjournment of the Initial Status Conference to allow counsel to seek admission to practice before the Court and to prepare the requisite pre-conference submissions.

<u>(1) The original due date</u>. The Initial Pretrial Conference is currently set for September 9, 2022 at 3:30 p.m.

<u>(2) The number of previous requests for extension of time</u>. The Parties have not made any previous requests for extensions of time.

<u>(3) Whether the previous requests were granted or denied</u>. The Parties have not made any prior requests for extensions of time.

(4) Whether the Parties consent. The Parties consent to and jointly request a brief adjournment of the Initial Pretrial Conference to allow counsel for the Parties time to gain admission to practice before the Court and to confer regarding preparation of pre-conference submissions.

Dated: September 7, 2022

Respectfully submitted,

/s/ Greg K. Winslett
GREG K. WINSLETT, motion for admission *pro hac vice* filed
Texas State Bar No. 21781900
RICHARD L. SMITH, III, motion for admission *pro hac vice* filed
Texas State Bar No. 24098446
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100
(214) 871-2111 (Fax)
gwinslett@qslwm.com
rlsmith@qslwm.com

***ATTORNEYS FOR MT. HAWLEY INSURANCE COMPANY***

AND

/s/ K. Adam Avin
Anthony D. Irpino
Louisiana Bar No. 24727
K. Adam Avin
Louisiana Bar No. 31025
Dustin L. Poche
Louisiana Bar No. 33451
2216 Magazine Street
New Orleans, Louisiana 70130
Telephone: 504-525-1500
airpino@irpinolaw.com
dpoche@irpinolaw.com;
aavin@irpinolaw.com
***ATTORNEYS FOR WILLIAM B. COLEMAN COMPANY, INC.***

Application granted.

The initial status conference is hereby rescheduled to October 14, 2022 at 1:00 p.m. The parties' joint letter and proposed case management plan is due on or before October 7, 2022.

SO ORDERED.

Hon. Ronnie Abrams
9/8/22