UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM B. COLEMAN COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MT HAWLEY INSURANCE COMPANY, <br><br> Defendant. | 22-cv-6133 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

At the parties' request, the Court previously adjourned the post-fact discovery conference until April 21, 2023 at 2:00 p.m. Given a scheduling conflict for the Court, that conference is hereby adjourned to April 28, 2023 at 2:00 p.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#. No later than April 24, 2023, the parties shall submit a joint letter apprising the Court of the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts have been made to settle the action.

SO ORDERED.

Dated:   April 17, 2023
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge