UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM B. COLEMAN COMPANY, INC.,

                Plaintiff,

           v.

MT HAWLEY INSURANCE COMPANY,

                Defendant.

22-cv-6133 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    The Court previously adjourned the post-fact discovery conference until April 28, 2023 at 2:00 p.m.  With apologies to counsel, the conference is hereby rescheduled for April 27, 2023 at 2:00 p.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#.  No later than April 24, 2023, the parties shall submit a joint letter apprising the Court of the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts have been made to settle the action.

    Should this present a conflict for either party, they may submit an application by letter for further adjournment.

SO ORDERED.

Dated:    April 20, 2023
             New York, New York

                                          Hon. Ronnie Abrams
                                          United States District Judge