UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILLIAM B. COLEMAN, INC.,

                        **Plaintiff,**                22-CV-06133 (RA)(SN)

     -against-                                **ORDER**

MT HAWLEY INSURANCE COMPANY,

                        **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On June 2, 2023, the Honorable Ronnie Abrams referred this case to my docket for general pretrial supervision and to report and recommend on any dispositive motion. ECF No. 29. Accordingly, by June 14, 2023, the parties are directed to file a letter updating the Court on the status of discovery and propose a briefing schedule for any motion for summary judgment. Additionally, if the parties wish to schedule a settlement conference, they should immediately contact Courtroom Deputy Rachel Slusher at rachel_slusher@nysd.uscourts.gov. Settlement conferences are typically scheduled for six to eight weeks from when requested.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      June 7, 2023
               New York, New York