**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

WILLIAM B. COLEMAN COMPANY, INC.,

          Plaintiff,

  -against-

MT. HAWLEY INSURANCE COMPANY

          Defendant

------------------------------------X

No. 22-cv-06133 (RA)

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that, upon the annexed Declaration of William B. Coleman Inc., dated September 8, 2023, and the exhibits attached thereto, and the attached Memorandum of Law, and upon all prior proceedings heretofore had herein, Plaintiff will move this Court, before the Honorable Ronnie Abrams, United States District Judge, and Sarah Netburn, United States Magistrate Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, Courtroom 12DG, on a date and time fixed by the Court, for an Order:

    (a)    enforcing the terms of the settlement agreement reached between the parties ("Agreement");

    (b)    entering judgment against Mt. Hawley Insurance Company ("Defendant"), in the amount of $100,000.00, which equals the amount of the unpaid settlement; and

    (c)    granting such other and further relief that the Court deems just and proper.

Dated: September 8, 2023

/s/ K. Adam Avin
K. ADAM AVIN, admitted *pro hac* vice
Louisiana Bar No. 31025
DUSTIN L. POCHE, admitted *pro hac* vice
Louisiana Bar No. 33451
**IRPINO, AVIN & HAWKINS LAW FIRM**
2216 Magazine Street
New Orleans, Louisiana 70130
Telephone:    (504) 525-1500
Facsimile:    (504) 525-1501
aavin@irpinolaw.com
dpoche@irpinolaw.com

## CERTIFICATE OF SERVICE

I certify that on September 8, 2023, a true and correct copy of the foregoing was served on all counsel of record. Via ECF, pursuant to the Federal Rules of Civil Procedure.

/s/ *K. Adam Avin*
K. Adam Avin

Defendant shall file a response no later than September 25, 2023.

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
09/11/2023