UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILLIAM B. COLEMAN COMPANY, INC.,

                            Plaintiff,

     -against-

MT HAWLEY INSURANCE COMPANY,

                            Defendant.
-----------------------------------------------------------------X

22-CV-06133 (RA)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2023

**SARAH NETBURN, United States Magistrate Judge:**

     A telephone conference is scheduled for Wednesday, September 13, 2023, at 3:00 p.m. to discuss Plaintiff's motion filed at ECF No. 42. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
               September 11, 2023