UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILLIAM B. COLEMAN COMPANY, INC.,

                Plaintiff,

-against-

MT HAWLEY INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------------X

22-CV-06133 (RA)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       Plaintiff filed a Motion to Enforce Settlement and Enter Judgment. ECF No. 42. The Honorable Ronnie Abrams set a deadline of September 25, 2023, for Defendant to file a response. ECF No. 45. To date, Defendant has not filed any response to Plaintiff's Motion. If Defendant does not file a response by October 6, 2023, the Court will consider the Motion fully briefed. In the alternative, if the parties have settled this action, they are directed to notify the Court immediately.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
             September 29, 2023